IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR128 |
| | ) | |
| VERNER D. WEAVER, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

ON THE COURT'S OWN MOTION,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress Search [12] filed by the defendant is rescheduled to **July 11, 2006** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 12th day of June, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge