IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR128 |
| | ) | |
| VERNER D. WEAVER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

   Before the Court is defendant's Motion to Modify Conditions of Release [18].  I find the motion should be granted as long as the defendant provides his itinerary, including travel arrangements and hotels, to Pretrial Services prior to his departure.
.
   IT IS SO ORDERED.

   DATED this 26th day of June, 2006.

                              BY THE COURT:


                              s/ F.A. Gossett
                              United States Magistrate Judge