IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR128 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| VERNER D. WEAVER, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Court's own motion. Defense counsel has made an appearance, apparently regarding a potential reduction in sentence pursuant to crack cocaine Amendment 706 (Filing No. 54.) The probation office has not submitted a worksheet.

IT IS ORDERED:

1. The parties must file a motion, briefs, or joint stipulation within thirty (30) days from the date of this order, regarding the Defendant's potential reduction in sentence pursuant to crack cocaine Amendment 706;

2. The Probation Office must submit a worksheet within thirty (30) days of the date of this order; and

3. The Clerk is directed to e-mail a copy of this Order to the U.S. Probation Office.

DATED this 10th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge