AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 8:06CR128 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 20834-047 | |
| ) | | |
| VERNER D. WEAVER ) | KAREN M. SHANAHAN | |
|     Defendant. ) | Defendant's Attorney | |
| Date of previous judgment: 1/4/2007 ) | | |

**Order Regarding Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u),

**IT IS ORDERED** that the defendant's previously imposed sentence of imprisonment on Count I of the Indictment (as reflected in the last judgment issued) of 135 months is reduced to 108 months.  The sentence on Count II remains at 120 months, concurrent.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 108 to 135 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑  The reduced sentence is within the amended guideline range.

☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated January 4, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 18th day of August, 2008
Effective Date: Monday, September 1, 2008

                                                  s/Laurie Smith Camp
                                                United States District Judge